Hazel Peters, defendant in error, v. Harold Reuter, plaintiff in error. Gen. No. 8,751.

Opinion filed August 3, 1934.

Henry Kneller and George W. Hunt, for plaintiff in error. John E. Cassidy, for defendant in error.

Mr. Justice Dove delivered the opinion of the court.

Herman Lichthardt, appellant, v. Louis A. Backhaus, appellee. Gen. No. 8,779.

Opinion filed August 3, 1934. Rehearing denied and additional opinion filed August 23, 1934.

Thoma, Linden & Hutchinson, for appellant; George W. Thoma, of counsel. Wescott & Brennan, for appellee; L. A. Wescott, of counsel.

Mr. Justice Dove delivered the opinion of the court.

The First Trust Company of Ottawa, appellee, v. Laura M. Kiner et al., defendants. Laura M. Kiner, appellant. Gen. No. 8,604.

Opinion filed August 3, 1934.

Arthur H. Shay, for appellant. Duncan & O'Conor, for appellee.

Mr. Justice Huffman delivered the opinion of the court.

First Trust and Savings Bank of De Kalb, appellee, v. Leone Langford et al., appellants. Gen. No. 8,627.

Opinion filed August 3, 1934.

Fred B. Shearer and Samuel J. Andalman, for appellants. Poust, Fisk & Moudry, for appellee.

Mr. Justice Huffman delivered the opinion of the court.